### 97. JOHNSON *v.* DOUGLAS.

POWELL, J. Although some of the rulings of the magistrate who tried this case in the justice's court smack of minor error, yet since the record in the certiorari brought to review these rulings is so meager that the court can not determine whether these rulings were harmful, as well as erroneous, the decision of the judge of the superior court, overruling the certiorari, will not be reversed.          *Judgment affirmed.*

Certiorari, from Gordon superior court—Judge Fite. March 7, 1906.

Submitted February 11,—Decided February 14, 1907.

*J. G. B. Erwin Jr.,* for plaintiff in error. *F. A. Cantrell,* contra.